NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-5089

DANIEL L. DUMONDE,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims
in 07-CV-601, Senior Judge Loren A. Smith.

ON MOTION

<u>ORDER</u>

Daniel L. Dumonde submits a "writ of mandamus" within this appeal, which the court treats as a motion to grant various relief.

Dumonde's appeal was dismissed on September 8, 2009 as premature. Thus, proceedings are over in this appeal.

Accordingly,

IT IS ORDERED THAT:

The motion for relief is denied.

FOR THE COURT

DEC 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Daniel L. Dumonde
Lauren S. Moore, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 8 2009

JAN HORBALY
CLERK